# United States Court of Appeals for the Fifth Circuit

---

No. 26-60217
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

July 9, 2026

Lyle W. Cayce
Clerk

IN THE MATTER OF IKECHUKWU H. OKORIE,

*Debtor*,

IKECHUKWU H. OKORIE,

*Appellant*,

*versus*

KIMBERLY R. LENTZ,

*Appellee*.

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:25-CV-143

---

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 26-60217

Ikechukwu Okorie, the debtor in a bankruptcy case, sought leave to file *Barton* motions[1] and to file the bankruptcy trustee's surety bond under seal. The bankruptcy court denied these requests. The district court affirmed, and Okorie appeals the district court's judgment pro se.

Having carefully examined the briefs, the record, and the applicable law, we AFFIRM for the reasons stated by the district court. *See* 5TH CIR. R. 47.6.

---

[1] *See Barton v. Barbour*, 104 U.S. 126, 128 (1881) (holding that "before suit is brought against a receiver leave of the court by which he was appointed must be obtained"); *Villegas v. Schmidt*, 788 F.3d 156, 158 (5th Cir. 2015) (applying this principle to bankruptcy trustees). Okorie's *Barton* motions sought permission to file four state court lawsuits against the bankruptcy trustee and various third parties acting on her behalf.